**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SANDRA E. KUCK,

    Plaintiff,                                         Case No.: 1:25-cv-14139

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | YAXIN handi Craft |
| 2 | XLCJ |
| 3 | HANWENYAMAIXIGUA |
| 4 | JIZHONGYIMAIYIFU |
| 5 | liuli668 |
| 6 | zhuzhouhuixiashangmaoyouxiangongsi |
| 7 | GuangZhouYueRanDianShangYouXianGongSi |
| 8 | huhaoranmeiguo |
| 9 | 9Tree |
| 10 | XinYeE |
| 11 | Azinketa |
| 12 | OrienMeisn |
| 13 | Dageusi Store |
| 14 | LOMSIOY |
| 15 | JSJIANJIN |
| 16 | BeiLingJingMao |
| 17 | 范书柜收纳 |
| 18 | Haizhilan home decoration project |
| 19 | AngelGift |
| 20 | HeNanJiuQuanLeShangMao |
| 21 | HYXNNDZSW |
| 22 | artsselling |
| 23 | niaobaoleposter |

| 24 | shengnuoweimaoyiyouxiangongsi |
|----|-------------------------------|
| 25 | XinZao1999 poster             |