IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SANDRA E. KUCK,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-14139

Judge Lindsay C. Jenkins

Magistrate Judge Daniel P. McLaughlin

## AMENDED SCHEDULE A TO COMPLAINT

| No. | Defendant |
|---|---|
| 1 | XinZao1999 poster |

1